UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSIE LEE SYKES,<br><br>　　　　Petitioner<br><br>　　v.<br><br>DANIEL PARAMO, WARDEN,<br><br>　　　　Respondent. | Case No. CV 14-5928-DDP (GJS)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all other documents filed in this action, and the Report and Recommendation of United States Magistrate Judge ("Report"). The time for filing Objections to the Report has passed, and no Objections have been filed with the Court.

The Court accepts the findings and recommendations set forth in the Report. Accordingly, **IT IS ORDERED** that: (1) Respondent's Motion to Dismiss the Petition is GRANTED; and (2) the Petition is dismissed, with prejudice, as untimely.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATE: October 21, 2015

　　　　　　　　　　　　　　　　　　DEAN D. PREGERSON
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE