# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSIE LEE SYKES,<br>    Petitioner<br>    v.<br>DANIEL PARAMO, WARDEN,<br>    Respondent. | Case No. CV 14-5928-DDP (GJS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting the Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATE: October 21, 2015

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE